From: The District Court of the Second Judicial District. County of Silver Bow.

STATE OF MONTANA, Plaintiff, vs. PAUL D. COR, Defendant.

Received at State Prison 1/15/62—Murder, first.

NO. 36

## DECISION

The application of the above-named defendant for a review of the sentence of life, imposed on January 15, 1962, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The Petition for Review is denied.

The reason for the above decision is that Chapter 25 of the Montana Code of Criminal Procedure (1967) Section 95-2502 provides, in part, as follows: "Any person sentenced to a term of one year or more in the state prison by any court of competent jurisdiction may . . . except in any case in which a different sentence could not have been imposed, file . . . an application for review of the sentence by the review division." This defendant was sentenced to life imprisonment on a charge of First Degree Murder. It is the opinion of the Board that it has no jurisdiction to reduce this sentence as it is the only one that could have been imposed except, of course, hanging.

DATED this 27th day of March, 1968.

SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.

From: The District Court of the Eighth Judicial District. County of Cascade.

STATE OF MONTANA, Plaintiff, vs. ROBERT DeWAR, Defendant.

Received at State Prison 11/12/66—Burglary.

NO. 37

## DECISION

The application of the above-named defendant for a review of the sentence of 10 years, imposed on November 1, 1966, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) Change of sentence denied.

The reason for the above decision is that this prisoner's arrest record dates back to 1959. It appears that he has been dealt with quite leniently in the past but in view of his extensive record the Board is of the opinion that his sentence should not be reduced. He will be eligible for parole in August of 1968.

DATED this 27th day of March, 1968.

SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Sid G. Stewart.